In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-15-00402-CV
_____

IN RE LILYVEET PALACIOS

_____

Original Proceeding
410th District Court of Montgomery County, Texas
Trial Cause No. 14-12-12915

_____

ORDER

Relator, Lilyveet Palacios, filed a petition for writ of mandamus. The relator is a respondent in Cause No. 14-12-12915, *In the Interest of A.M.A.* Relator seeks a writ compelling the Honorable K. Michael Mayes, Judge of the 410th District Court, to vacate his order of October 2, 2015, compelling Relator to submit to a polygraph examination. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

1

Relator alleges that prejudice will result if the polygraph examination occurs before the issues raised in the petition for writ of mandamus can be resolved.

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's order requiring Relator to submit to a polygraph examination is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relator as a condition to any relief herein granted.

The response of the real party in interest, Anthony Amador, is due October 15, 2015.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED October 5, 2015.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.